**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                             NO. 4:02CR00050-01 GTE

**TAMARA TOWNSEND**

### ORDER AND JUDGMENT

Pending before the Court is the Motion to Revoke Supervised Release filed January 28, 2008, and the Supplemental Motion to Revoke filed February 8, 2008. At a hearing on the aforesaid motions on February 28, 2008, the Defendant admitted certain of the allegations contained in the Violation Memorandum as set forth in the Court's findings made on the record in Open Court. The Court concludes that Defendant Tamara Townsend violated the conditions of her Supervised Release.

IT IS THEREFORE ORDERED AND ADJUDGED that the Supervised Release granted this Defendant, that commenced on March 4, 2005, be and it is hereby, REVOKED.

IT IS FURTHER ORDERED that the Defendant serve a period of imprisonment of SIX (6) MONTHS in the custody of the Bureau of Prisons with TWO (2) YEARS of Supervised Release to follow. During Supervised Release the Defendant shall be subject to a special condition of drug testing under the guidance and supervision of the U.S. Probation Office. The Defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the Defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office. Defendant's Restitution

balance is $22,773.70 which is payable at the rate of 50% of all funds coming to Defendant during incarceration and while she is on Supervised Release payable at the rate of 10% of Defendant's gross monthly income.

Defendant shall remain on Supervised Release under the same terms and conditions until she reports to the designated BOP institution on June 2, 2008, by 2:00 p.m. or to the United States Marshal for this District if she cannot report directly to the institution.

SO ORDERED this 28th day of February, 2008.

                                                           _____/s/Garnett Thomas Eisele_____
                                                           UNITED STATES DISTRICT JUDGE