## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 4:02-CR-00050 GTE

TAMARA NICOLE TOWNSEND

### ORDER ON MOTION FOR RECONSIDERATION OF REVOCATION SENTENCE

Presently before the Court is Defendant's Motion for Reconsideration of Revocation Sentence.

On February 28, 2008, Defendant and her attorney appeared before the Court for a hearing on motions to revoke Defendant's supervised release. Defendant admitted to violating the terms of her supervised release, including numerous hot check charges. The Court revoked Defendant's Supervised release and imposed a sentence of six (6) months' imprisonment with two (2) years of supervised release to follow. The Court also addressed the outstanding restitution.

On March 12, 2008, Defendant filed the motion presently before the Court. Defendant requests that the Court reconsider its sentence of six (6) months in the custody of the Bureau of Prisons, as the revocation guidelines allow the Court to consider home detention or community confinement. Defendant states that she is the mother of two sons and is their only source of support and their only caregiver. Defendant requests that the Court consider allowing her to serve either six (6) months or longer of home detention or six months in the local halfway house in lieu of reporting to a federal prison facility far from her children.

In its response, the Government states that it has no objection to the request, but leaves the determination to the discretion of the Court. The Government acknowledges that Defendant admitted to violating the terms of her supervised release, including numerous hot check charges. The Government also acknowledges that the Defendant has made strides toward making a better life for her children by steady employment and attending college, from which she should graduate in May in the top 3% of her class.

The Court will grant Defendant's motion. However, the Court stresses that any further violations by Defendant of the conditions of her supervised release, including any future hot check violations, will result in her immediate imprisonment. The Court hereby amends the Order and Judgment dated February 28, 2008, to read as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Supervised Release granted this Defendant, that commenced on March 4, 2005, be and it is hereby, REVOKED.

IT IS FURTHER ORDERED that the Defendant serve a period of home detention with electronic monitoring of SIX (6) MONTHS with TWO (2) YEARS of Supervised Release to follow. Defendant shall begin home detention with the electronic monitoring on March 25, 2008. During Supervised Release the Defendant shall be subject to a special condition of drug testing under the guidance and supervision of the U.S. Probation Office. The Defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the Defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office. Defendant's Restitution balance is $22,773.70 which is

payable while is under home detention and on Supervised Release at a rate of 10% of Defendant's gross monthly income.

Defendant shall remain on Supervised Release under the same terms and conditions until her home detention with electronic monitoring begins.

Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion for Reconsideration of Revocation Sentence (Docket No. 62) be, and it is hereby, GRANTED.

Dated this 18th day of March, 2008.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE