## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                          NO. 4:02CR00050 JLH

TAMARA TOWNSEND                                                    DEFENDANT

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, Tamara Townsend's motion to set aside or vacate her sentence is GRANTED. Document #103. The Court orders that the Bureau of Prisons release Tamara Townsend immediately.

IT IS SO ORDERED this 3rd day of May, 2012.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE